# Court of Appeals
# of the State of Georgia

ATLANTA,  September 15, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0055. MICHAE DIPINTO v. GREGORY CAMIA**

Petitioner-Appellant Michae Dipinto has filed an emergency motion, seeking to stay the portion of the final order of the Superior Court of Fulton County, dated February 24, 2025, requiring that Petitioner-Appellant and her minor child attend weekly therapy sessions during the pendency of her appeal from the trial court's order dismissing a previously-filed notice of appeal. We decline to exercise our limited powers under Court of Appeals Rule 40 (b). The emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/15/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.